

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-14-00355-CV

**IN THE INTEREST OF N.A.S, B.R.S., AND R.C.S.,**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. Fl-13-117
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

The appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on July 6, 2014. Because this is an accelerated appeal from an order terminating appellant's parental rights, no further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

Keith E. Hottle
Clerk of Court